RHONDA ASHER,

    Plaintiff,

CASE NO: 3:20-CV-16

vs.

SMOKY MOUNTAIN KNIFE WORKS, INC.,

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that Plaintiff Rhonda Asher dismisses with prejudice all claims and causes of action asserted by her against Smoky Mountain Knife Works, Inc., in this case.

The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this 30th day of March, 2020.

| | |
|---|---|
| LAW OFFICE OF EDWARD I. ZWILLING, LLC | CHAMBLISS, BAHNER & STOPHEL, P.C. |
| /S/ Edward I. Zwilling | /S/ Justin L. Furrow |
| Edward I. Zwilling, Esq.<br>4000 Eagle Point Corporate Dr.<br>Birmingham, Alabama, 35242<br>Telephone: (205) 822-2701<br>Email: edwardzwilling@zwillinglaw.com<br>*ATTORNEY FOR PLAINTIFF* | Justin L. Furrow, Esq.<br>Kathleen M. Siciliano, Esq.<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, TN 37450<br>Telephone: (423) 757-0221<br>Email: jfurrow@chamblisslaw.com<br>      ksiciliano@chamblisslaw.com<br>*ATTORNEYS FOR DEFENDANT* |